```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

WARREN ZINNAMON,

                                                  22-cv-6315 (JGK)

                      Plaintiff,

                                                  ORDER

      - against -

KEEN, INC.,

                      Defendant.

JOHN G. KOELTL, District Judge:

    The September 28, 2022 conference is canceled. The time to respond to the complaint is extended to **October 17, 2022**. If the defendant does not respond to the complaint by October 17, 2022, the plaintiff shall file default papers, via order to show cause, pursuant to this Court's rules, by **October 31, 2022**.

SO ORDERED.

Dated:    New York, New York
            September 19, 2022

                                            John G. Koeltl
                                   United States District Judge