UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
WARREN ZINNAMON, on behalf of himself and all others similarly situated,

                    Plaintiff,

-v.-

KEEN, INC.,

                    Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:22-cv-6315

## NOTICE OF SETTLEMENT

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 27th day of September 2022

                    */s/Mark Rozenberg*
                    Mark Rozenberg, Esq.
                    **Stein Saks, PLLC**
                    One University Plaza
                    Hackensack, NJ 07601
                    Phone: 201-282-6500
                    mrozenberg@steinsakslegal.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on September 27, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Mark Rozenberg*
Mark Rozenberg, Esq.